UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHAUNDRA ORR, Independent Administrator Of The Estate of JACE RAPP, deceased, <br><br> Plaintiff, <br><br> v. <br><br> WEXFORD HEALTH SOURCES, INC., TAMMY TROYER, RN, and JAMES FENOGLIO, M.D. <br><br> Defendants. | No: 3:11-cv-608-JPG-SCW |

### JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: May 21, 2012**          **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                        **s/ Deborah Agans, Deputy Clerk**


**Approved:**     s/J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**