# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHAUNDRA ORR, Independent Administrator )
Of The Estate of JACE RAPP, deceased, )
                                                                Plaintiff, )
                                                                        )   No: 3:11-cv-608-JPG-SCW
                    v. )

WEXFORD HEALTH SOURCES, INC., TAMMY )
TROYER, RN, and JAMES FENOGLIO, M.D. )
                                                Defendants. )

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: May 21, 2012**      **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                      **s/ Deborah Agans, Deputy Clerk**

**Approved:**   s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**